**Branes N. SOUTHARD and Deborah Southard, Husband and Wife, Respondents,**

v.

**TEMPLE UNIVERSITY HOSPITAL, David H. Clements, III, M.D., and William F. Young, M.D., Petitioners.**

**(Petition of David H. Clements, III, M.D., and William F. Young, M.D.).**

Supreme Court of Pennsylvania.

July 26, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 26 th day of July, 2000, allowance of appeal is GRANTED, limited to the first issue presented in the above-captioned Petition for Allowance of Appeal.

Furthermore, Petitioners' Motion for Leave to Submit Memorandum of Supplemental Authorities is DENIED.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Matthew SAMUELS, Petitioner.**

Supreme Court of Pennsylvania.

July 27, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 27 th day of July, 2000, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Whether the trial court erred in denying Petitioner's requested charge as to criminal negligence as it pertains to 75 Pa. C.S. § 3735, homicide by vehicle while driving under the influence.